

**ATTORNEYS AT LAW**

NANCY A. WASHINGTON
973.622.8398
nwashington@saiber.com

June 22, 2010

**VIA ECF & REGULAR MAIL**

Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street – Third Floor
Newark, New Jersey 07102

    Re:    **Marcal Papers Mills, Inc.; Case No. 06-21886 (MS)**
            **Edward P. Bond, Liquidating Trustee v. Handschy Industries, LLC**
            **Adv. Pro. No.: 08-02754**

Dear Judge Stern:

    This firm represents Edward P. Bond as Liquidating Trustee of the Marcal Paper Mills Claims Trust (the "Liquidating Trustee"), plaintiff in the adversary proceedings referenced above.

    This will confirm that the Trustee's Entry of Default Judgment, filed on June 9, 2010, is adjourned for one month from the date of this letter.

    We thank the Court for its courtesies in this regard.

                                            Respectfully submitted,

                                            /s/ Nancy A. Washington

                                            NANCY A. WASHINGTON

NAW/rvk
Enclosures
cc:    David Grogan, Esq.

**Saiber LLC** • 18 Columbia Turnpike • Suite 200 • Florham Park, New Jersey • 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park  •  Newark  •  New York  •  Atlantic City  •  Point Pleasant Beach

{00621988.DOC}